IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JEREMY L. HIGHTSHOE,<br><br>              Defendant. | **4:20CB3003**<br>**CITATIONS 9183255 AND 9183256**<br><br>**ORDER** |

IT IS ORDERED:

1) The Government's oral motion to continue the initial appearance, (Filing No. 5), is granted.

2) The defendant is ordered to appear at 3:00 p.m. on August 6, 2020 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3) The defendant and counsel for the government shall attend the hearing.

4) The United States shall serve a copy of this Order on the defendant and file a certificate of service stating it has done so. The certificate of service shall state the method of service, date of service, and identity and address of the person served.

July 2, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge